| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| BZ4 | 549317 | CAEG00 | | |

Booz | Allen | Hamilton                                  8677-0002

BOOZ ALLEN HAMILTON INC
575 HERNDON PARKWAY
HERNDON VA 20170
877-927-8278

**Earnings Statement**                                      ADP

Period Beginning:    01/01/2019
Period Ending:       01/31/2019
Pay Date:            01/31/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    0
  PA:         N/A

WILLIAM J HARGENRADER
9217B JAMISON AVE
PHILADELPHIA PA 19115

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12642.75 | 173.33 | 12,642.75 | 12,642.75 |
| **Gross Pay** | | | **$12,642.75** | 12,642.75 |

Your federal taxable wages this period are $10,802.48

**Deductions**

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -1,469.97 | 1,469.97 |
| Social Security Tax | -748.77 | 748.77 |
| Medicare Tax | -175.12 | 175.12 |
| PA State Income Tax | -370.45 | 370.45 |
| Philadelphia Income Tax | -490.40 | 490.40 |
| PA SUI/SDI Tax | -7.58 | 7.58 |

**Other**

| | this period | year to date |
|---|---|---|
| Ad &D | -19.50 | 19.50 |
| Dental Ins | -23.76* | 23.76 |
| Grp Accdnt Ins | -16.65* | 16.65 |
| H Sav Act-Aetna | -200.00* | 200.00 |
| Identity Theft | -13.95 | 13.95 |
| Life Ins | -30.62 | 30.62 |
| Pretax Med Ins | -335.58* | 335.58 |
| 401Sv Pln Pr Tx | -1,264.28* | 1,264.28 |
| **Net Pay** | **$7,476.12** | |
| Checking | -7,476.12 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| G.T.L. | 10.18 | 10.18 |
| Pto Balance | 96.30 | |
| Employer Hsa | | 500.00 |
| Total Work Hrs | 173.33 | |

**Important Notes**
PTO & SICK TIME BALANCES AS OF THE PREVIOUSLY APPROVED TIMECARD

* Excluded from federal taxable wages

© 2000 ADP, LLC

Booz | Allen | Hamilton

BOOZ ALLEN HAMILTON INC
575 HERNDON PARKWAY
HERNDON VA 20170
877-927-8278

Advice number:    00000058437
Pay date:          01/31/2019

Deposited to the account of
WILLIAM J HARGENRADER

| account number | transit ABA | amount |
|---|---|---|
| xxx8239 | XXXX XXXX | $7,476.12 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Booz | Allen | Hamilton

# Earnings Statement

ADP

BOOZ ALLEN HAMILTON INC
575 HERNDON PARKWAY
HERNDON VA 20170
877-927-8278

Period Beginning: 11/01/2018
Period Ending: 11/30/2018
Pay Date: 11/30/2018

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

WILLIAM J HARGENRADER
9217B JAMISON AVE
PHILADELPHIA PA 19115

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12394.85 | 173.33 | 12,394.85 | 69,996.03 |
| Gross Pay | | | $12,394.85 | 69,996.03 |

Net Check    $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $10,775.64

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -1,482.15 | | 9,100.58 |
| Social Security Tax | -745.49 | | 4,178.81 |
| Medicare Tax | -174.35 | | 977.30 |
| PA State Income Tax | -368.86 | | 2,067.25 |
| Philadelphia Income Tax | -480.73 | | 2,718.17 |
| PA SUI/SDI Tax | -7.43 | | 41.93 |
| **Other** | | | |
| Ad &D | -19.50 | | 136.50 |
| Dental Ins | -19.98* | | 139.86 |
| Grp Accdnt Ins | -16.65* | | 116.55 |
| H Sav Act-Aetna | -33.33* | | 233.31 |
| Identity Theft | -13.95 | | 97.65 |
| Life Ins | -30.16 | | 211.12 |
| Pretax Med Ins | -309.76* | | 2,168.32 |
| 401Sv Pln Pr Tx | -1,239.49* | | 1,239.49 |
| 401K Loan 1 | | | 1,627.20 |
| 401K Loan 2 | | | 904.00 |
| 401K Loan 3 | | | 972.84 |
| 401K Loan 4 | | | 1,090.60 |
| 401K Loan 5 | | | 640.41 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 8.88 | 62.16 |
| Pto Balance | 70.30 | |
| Employer Hsa | | 500.00 |
| Er Hsa H&W | | 800.00 |
| Leav W/O Pay | | -1,126.80 |
| Total Work Hrs | 173.33 | |

**Important Notes**
PTO & SICK TIME BALANCES AS OF THE PREVIOUSLY APPROVED TIMECARD

Net Pay    $7,453.02
Checking   -7,453.02

© 2000 ADP, LLC

---

Booz | Allen | Hamilton

BOOZ ALLEN HAMILTON INC
575 HERNDON PARKWAY
HERNDON VA 20170
877-927-8278

Advice number: 00000492894
Pay date: 11/30/2018

Deposited to the account of
WILLIAM J HARGENRADER

| account number | transit ABA | amount |
|---|---|---|
| xxx8239 | XXXX XXXX | $7,453.02 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**Booz | Allen | Hamilton**

BOOZ ALLEN HAMILTON INC
575 HERNDON PARKWAY
HERNDON VA 20170
877-927-8278

Period Beginning: 10/01/2018
Period Ending: 10/31/2018
Pay Date: 10/31/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

WILLIAM J HARGENRADER
9217B JAMISON AVE
PHILADELPHIA PA 19115

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12394.85 | 173.33 | 12,394.85 | 57,601.18 |
| **Gross Pay** | | | **$12,394.85** | 57,601.18 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $12,015.13

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -1,754.84 | 7,618.43 |
| | Social Security Tax | -745.49 | 3,433.32 |
| | Medicare Tax | -174.34 | 802.95 |
| | PA State Income Tax | -368.86 | 1,698.39 |
| | Philadelphia Income Tax | -480.73 | 2,237.44 |
| | PA SUI/SDI Tax | -7.43 | 34.50 |
| | **Other** | | |
| | Ad &D | -19.50 | 117.00 |
| | Dental Ins | -19.98* | 119.88 |
| | Grp Accdnt Ins | -16.65* | 99.90 |
| | H Sav Act-Aetna | -33.33* | 199.98 |
| | Identity Theft | -13.95 | 83.70 |
| | Life Ins | -30.16 | 180.96 |
| | Pretax Med Ins | -309.76* | 1,858.56 |
| | 401K Loan 1 | | 1,627.20 |
| | 401K Loan 2 | | 904.00 |
| | 401K Loan 3 | | 972.84 |
| | 401K Loan 4 | | 1,090.60 |
| | 401K Loan 5 | | 640.41 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 8.88 | 53.28 |
| Pto Balance | 56.30 | |
| Employer Hsa | | 500.00 |
| Er Hsa H&W | | 800.00 |
| Leav W/O Pay | | -1,126.80 |
| Total Work Hrs | 173.33 | |

**Important Notes**
PTO & SICK TIME BALANCES AS OF THE PREVIOUSLY APPROVED TIMECARD

| **Net Pay** | **$8,419.83** |
|---|---|
| Checking | -8,419.83 |
| **Net Check** | **$0.00** |

© 2000 ADP, LLC

---

**Booz | Allen | Hamilton**

BOOZ ALLEN HAMILTON INC
575 HERNDON PARKWAY
HERNDON VA 20170
877-927-8278

Advice number: 00000448389
Pay date: 10/31/2018

Deposited to the account of
WILLIAM J HARGENRADER

| account number | transit ABA | amount |
|---|---|---|
| xxx8239 | xxxx xxxx | $8,419.83 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Booz | Allen | Hamilton

# Earnings Statement

**ADP**

BOOZ ALLEN HAMILTON INC
575 HERNDON PARKWAY
HERNDON VA 20170
877-927-8278

Period Beginning: 09/01/2018
Period Ending: 09/30/2018
Pay Date: 09/28/2018

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    0
   PA:    N/A

WILLIAM J HARGENRADER
9217B JAMISON AVE
PHILADELPHIA PA 19115

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12394.85 | | 6,197.43 | 45,206.33 |
| **Gross Pay** | | | **$6,197.43** | 45,206.33 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,817.71

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -550.86 | 5,863.59 |
| | Social Security Tax | -361.25 | 2,687.83 |
| | Medicare Tax | -84.49 | 628.61 |
| | PA State Income Tax | -178.60 | 1,329.53 |
| | Philadelphia Income Tax | -240.21 | 1,756.71 |
| | PA SUI/SDI Tax | -3.70 | 27.07 |
| | **Other** | | |
| | Ad &D | -19.50 | 97.50 |
| | Dental Ins | -19.98* | 99.90 |
| | Grp Accdnt Ins | -16.65* | 83.25 |
| | H Sav Act-Aetna | -33.33* | 166.65 |
| | Identity Theft | -13.95 | 69.75 |
| | Life Ins | -30.16 | 150.80 |
| | Pretax Med Ins | -309.76* | 1,548.80 |
| | 401K Loan 1 | -325.44 | 1,627.20 |
| | 401K Loan 2 | -180.80 | 904.00 |
| | 401K Loan 3 | -194.56 | 972.84 |
| | 401K Loan 4 | -218.12 | 1,090.60 |
| | 401K Loan 5 | -131.01 | 640.41 |
| **Net Pay** | | | **$3,285.06** |
| Checking | | -3,285.06 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 8.88 | 44.40 |
| Employer Hsa | | 500.00 |
| Er Hsa H&W | | 800.00 |
| Leav W/O Pay | | -1,126.80 |

**Important Notes**
PTO & SICK TIME BALANCES AS OF THE PREVIOUSLY APPROVED TIMECARD

© 2000 ADP, LLC

---

Booz | Allen | Hamilton

BOOZ ALLEN HAMILTON INC
575 HERNDON PARKWAY
HERNDON VA 20170
877-927-8278

Advice number: 00000398381
Pay date: 09/28/2018

Deposited to the account of
WILLIAM J HARGENRADER

| account number | transit ABA | amount |
|---|---|---|
| xxx8239 | xxxx xxxx | $3,285.06 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| AETNA LIFE INSURANCE COMPANY | | | |
|---|---|---|---|
| P. O. Box 14560 | | | |
| Lexington, KY, 40512-4560, USA | | | |

| | | | |
|---|---|---|---|
| Pay Group: | SpW-Booz Allen Hamilton (STD/ASC) | Claim No.: | 17579246 |
| Earnings Begin Date: | 09/10/2018 | Advice#: | 8371344 |
| Earnings End Date: | 09/13/2018 | Advice Date: | 09/14/2018 |

| | | | | | |
|---|---|---|---|---|---|
| WILLIAM J HARGENRADER | Employee ID: | 01127994 | TAX DATA: | Federal | PA State |
| 9217B JAMISON AVE | EOB NO.: | 25902570 | Marital Status: | Married | Single |
| PHILADELPHIA, PA 19115 | Days Paid: | 4 | Allowances: | 2 | 0 |
| | | | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0.00 | 0.00 |

### BENEFIT INFORMATION
----- Benefits Under Your Plan -----

| | |
|---|---|
| Benefit Salary: (amount from which benefits are calculated) | 2,860.35 |
| Benefit Percentage of Earnings Under Your Plan: | 100% 2 weeks to 26 weeks |
| | 0% 0 weeks to 1 weeks |
| Benefit Amount: | $2,860.35 |
| Minimum Benefit Under Your Plan: | 00.00 |
| Maximum Benefit Under Your Plan: | *999,999.00 |

*Your payment may be subject to a maximum benefit as per your plan. Please see your plan for additional information

| Frequency: | WEEKLY |
|---|---|

### BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 2288.28 | 4 days |

### OFFSET INFORMATION
----- Offsets applied to your benefit for this pay period -----

| Description | Amount | Pay Period |
|---|---|---|

### HOURS AND EARNINGS

| | ---------- Current ---------- | | | ---------- YTD ---------- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Gross Benefit Taxable | 0.00 | 0 | 2288.28 | 0 | 71508.75 |
| Total: | | | 2288.28 | | 71508.75 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 295.88 | 9269.36 |
| Fed MED/EE | 32.16 | 1006.64 |
| Fed OASDI/EE | 137.53 | 4304.25 |
| PA Unempl EE | 1.38 | 42.91 |
| Total: | 466.95 | 14623.16 |

### BEFORE-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Premium | 3.69 | 109.72 |
| Group Accident Plan | 3.07 | 91.40 |
| Health Spending Account | 6.15 | 183.02 |
| Medical Premium | 57.19 | 1701.23 |
| Total: | 70.10 | 2085.37 |

### AFTER-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD&D Premium After-Tax | 2.40 | 71.40 |
| Spouse AD&D Premium After-Tax | 1.20 | 35.70 |
| Identity Theft Ded After Tax | 2.58 | 76.64 |
| Supplemental Life After-Tax | 4.28 | 127.55 |
| Supp Life Spouse After-Tax | 1.28 | 38.08 |
| Total: | 11.74 | 349.37 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *Taxable | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2288.28 | 2218.18 | 466.95 | 81.84 | 1739.49 |
| YTD: | 71508.75 | 69423.38 | 14623.16 | 2434.74 | 54450.85 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # 8371344 | 1739.49 |
| Total: | 1739.49 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

PERSONAL MESSAGE:

**AETNA LIFE INSURANCE COMPANY**
P. O. Box 14560
Lexington, KY, 40512-4560, USA

| | | |
|---|---|---|
| Pay Group: | SOW-Pool-Allen Hamilton (STD/ASC) | Claim No.: 17579246 |
| Earnings Begin Date: 09/03/2018 | | Advice#: 8367108 |
| Earnings End Date: 09/07/2018 | | Advice Date: 09/07/2018 |

WILLIAM J HARGENRADER
9217B JAMISON AVE
PHILADELPHIA, PA 19115

| | |
|---|---|
| Employee ID: | 01127994 |
| EOB NO.: | 25902571 |
| Days Paid: | 5 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | Single |
| Allowances: | 2 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0.00 | 0.00 |

## BENEFIT INFORMATION

----- Benefits Under Your Plan -----

| | |
|---|---|
| Benefit Salary: (amount from which benefits are calculated) | 2,860.35 |
| Benefit Percentage of Earnings Under Your Plan: | 100% 2 weeks to 26 weeks |
| | 0% 0 weeks to 1 weeks |
| Benefit Amount: | $2,860.35 |
| Minimum Benefit Under Your Plan: | 00.00 |
| Maximum Benefit Under Your Plan: | *999,999.00 |

*Your payment may be subject to a maximum benefit as per your plan. Please see your plan for additional information

Frequency: WEEKLY

### BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 2860.35 | 5 days |

### OFFSET INFORMATION

----- Offsets applied to your benefit for this pay period -----

| Description | Amount | Pay Period |
|---|---|---|
| | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Gross Benefit Taxable | 0.00 | 0 | 2860.35 | 0 | 69220.47 |
| Total: | | | 2860.35 | | 69220.47 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 369.85 | 8973.48 |
| Fed MED/EE | 40.21 | 974.48 |
| Fed OASDI/EE | 171.91 | 4166.72 |
| PA Unempl EE | 1.71 | 41.53 |
| Total: | 583.68 | 14156.21 |

### BEFORE-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Premium | 4.61 | 106.03 |
| Group Accident Plan | 3.84 | 88.33 |
| Health Spending Account | 7.69 | 176.87 |
| Medical Premium | 71.48 | 1644.04 |
| Total: | 87.62 | 2015.27 |

### AFTER-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD&D Premium After-Tax | 3.00 | 69.00 |
| Spouse AD&D Premium After-Tax | 1.50 | 34.50 |
| Identity Theft Ded After Tax | 3.22 | 74.06 |
| Supplemental Life After-Tax | 5.36 | 123.27 |
| Supp Life Spouse After-Tax | 1.60 | 36.80 |
| Total: | 14.68 | 337.63 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

*Taxable

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2860.35 | 2772.73 | 583.68 | 102.30 | 2174.37 |
| YTD: | 69220.47 | 67205.20 | 14156.21 | 2352.90 | 52711.36 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # 8367108 | 2174.37 |
| Total: | 2174.37 |

PERSONAL MESSAGE:

| AETNA LIFE INSURANCE COMPANY | | | | | |
|---|---|---|---|---|---|
| P. O. Box 14560 | Pay Group: | SAW-Booz Allen Hamilton (STD/ASC) | Claim No.: | 17579246 | |
| Lexington, KY, 40512-4560, USA | Earnings Begin Date: | 08/27/2018 | Advice#: | 8363500 | |
| | Earnings End Date: | 08/31/2018 | Advice Date: | 08/31/2018 | |

| WILLIAM J HARGENRADER | Employee ID: | 01127994 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 9217B JAMISON AVE | EOB NO.: | 25902568 | Marital Status: | Married | Single |
| PHILADELPHIA, PA 19115 | Days Paid: | 5 | Allowances: | 2 | 0 |
| | | | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0.00 | 0.00 |

### BENEFIT INFORMATION

----- Benefits Under Your Plan -----

| | |
|---|---|
| Benefit Salary: (amount from which benefits are calculated) | 2,860.35 |
| Benefit Percentage of Earnings Under Your Plan: | 100% 2 weeks to 26 weeks |
| | 0% 0 weeks to 1 weeks |
| Benefit Amount: | $2,860.35 |
| Minimum Benefit Under Your Plan: | 00.00 |
| Maximum Benefit Under Your Plan: | *999,999.00 |

*Your payment may be subject to a maximum benefit as per your plan. Please see your plan for additional Information

| Frequency: | WEEKLY |
|---|---|

### BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 2860.35 | 5 days |

### OFFSET INFORMATION

----- Offsets applied to your benefit for this pay period -----

| Description | Amount | Pay Period |
|---|---|---|
| | | |

### HOURS AND EARNINGS

| | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Gross Benefit Taxable | 0.00 | 0 | 2860.35 | 0 | 66360.12 | Fed Withholdng | 369.85 | 8603.63 |
| | | | | | | Fed MED/EE | 40.20 | 934.27 |
| | | | | | | Fed OASDI/EE | 171.91 | 3994.81 |
| | | | | | | PA Unempl EE | 1.72 | 39.82 |
| Total: | | | 2860.35 | | 66360.12 | Total: | 583.68 | 13572.53 |

| BEFORE-TAX-DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Dental Premium | 4.61 | 101.42 | AD&D Premium After-Tax | 3.00 | 66.00 | | | |
| Group Accident Plan | 3.84 | 84.49 | Spouse AD&D Premium After-Tax | 1.50 | 33.00 | | | |
| Health Spending Account | 7.69 | 169.18 | Identity Theft Ded After Tax | 3.22 | 70.84 | | | |
| Medical Premium | 71.48 | 1572.56 | Supplemental Life After-Tax | 5.36 | 117.91 | | | |
| | | | Supp Life Spouse After-Tax | 1.60 | 35.20 | | | |
| Total: | 87.62 | 1927.65 | Total: | 14.68 | 322.95 | *Taxable | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2860.35 | 2772.73 | 583.68 | 102.30 | 2174.37 |
| YTD: | 66360.12 | 64432.47 | 13572.53 | 2250.60 | 50536.99 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

PERSONAL MESSAGE:

| NET PAY DISTRIBUTION | |
|---|---|
| Advice # 8363500 | 2174.37 |
| Total: | 2174.37 |

| AETNA LIFE INSURANCE COMPANY | Pay Group: | SAW_Booz Allen Hamilton (STD/ASC) | Claim No.: | 17579246 |
|---|---|---|---|---|
| P. O. Box 14560 | Earnings Begin Date: | 08/20/2018 | Advice#: | 8357995 |
| Lexington, KY, 40512-4560, USA | Earnings End Date: | 08/24/2018 | Advice Date: | 08/24/2018 |

| WILLIAM J HARGENRADER | Employee ID: | 01127994 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 9217B JAMISON AVE | EOB NO.: | 25902567 | Marital Status: | Married | Single |
| PHILADELPHIA, PA 19115 | Days Paid: | 5 | Allowances: | 2 | 0 |
| | | | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0.00 | 0.00 |

### BENEFIT INFORMATION
----- Benefits Under Your Plan -----

| | |
|---|---|
| Benefit Salary: (amount from which benefits are calculated) | 2,860.35 |
| Benefit Percentage of Earnings Under Your Plan: | 100% 2 weeks to 26 weeks |
| | 0% 0 weeks to 1 weeks |
| Benefit Amount: | $2,860.35 |
| Minimum Benefit Under Your Plan: | 00.00 |
| Maximum Benefit Under Your Plan: | *999,999.00 |

*Your payment may be subject to a maximum benefit as per your plan. Please see your plan for additional information.

| Frequency: | WEEKLY |
|---|---|

### BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 2860.35 | 5 days |

### OFFSET INFORMATION
----- Offsets applied to your benefit for this pay period -----

| Description | Amount | Pay Period |
|---|---|---|

### HOURS AND EARNINGS

| | Current | | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Gross Benefit Taxable | 0.00 | 0 | 2860.35 | 0 | 63499.77 |
| Total: | | | 2860.35 | | 63499.77 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 369.85 | 8233.78 |
| Fed MED/EE | 40.21 | 894.07 |
| Fed OASDI/EE | 171.91 | 3822.90 |
| PA Unempl EE | 1.72 | 38.10 |
| Total: | 583.69 | 12988.85 |

### BEFORE-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Premium | 4.61 | 96.81 |
| Group Accident Plan | 3.84 | 80.65 |
| Health Spending Account | 7.69 | 161.49 |
| Medical Premium | 71.48 | 1501.08 |
| Total: | 87.62 | 1840.03 |

### AFTER-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD&D Premium After-Tax | 3.00 | 63.00 |
| Spouse AD&D Premium After-Tax | 1.50 | 31.50 |
| Identity Theft Ded After Tax | 3.22 | 67.62 |
| Supplemental Life After-Tax | 5.36 | 112.55 |
| Supp Life Spouse After-Tax | 1.60 | 33.60 |
| Total: | 14.68 | 308.27 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*Taxable

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2860.35 | 2772.73 | 583.69 | 102.30 | 2174.36 |
| YTD: | 63499.77 | 61659.74 | 12988.85 | 2148.30 | 48362.62 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

### NET PAY DISTRIBUTION

| Advice # 8357995 | 2174.36 |
|---|---|
| Total: | 2174.36 |

PERSONAL MESSAGE:

| AETNA LIFE INSURANCE COMPANY | Pay Group: | SPW-Pocono Allen Hamilton (STD/ASC) | Claim No.: | 17579246 |
|---|---|---|---|---|
| P. O. Box 14560 | Earnings Begin Date: | 08/13/2018 | Advice#: | 8350438 |
| Lexington, KY, 40512-4560, USA | Earnings End Date: | 08/17/2018 | Advice Date: | 08/17/2018 |

| WILLIAM J HARGENRADER | Employee ID: | 01127994 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 9217B JAMISON AVE | EOB NO.: | 25902566 | Marital Status: | Married | Single |
| PHILADELPHIA, PA 19115 | Days Paid: | 5 | Allowances: | 2 | 0 |
| | | | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0.00 | 0.00 |

## BENEFIT INFORMATION

----- Benefits Under Your Plan -----

| | |
|---|---|
| Benefit Salary: (amount from which benefits are calculated) | 2,860.35 |
| Benefit Percentage of Earnings Under Your Plan: | 100% 2 weeks to 26 weeks |
| | 0% 0 weeks to 1 weeks |
| Benefit Amount: | $2,860.35 |
| Minimum Benefit Under Your Plan: | 00.00 |
| Maximum Benefit Under Your Plan: | *999,999.00 |

*Your payment may be subject to a maximum benefit as per your plan. Please see your plan for additional information

| Frequency: | WEEKLY |
|---|---|

### BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 2860.35 | 5 days |

### OFFSET INFORMATION

----- Offsets applied to your benefit for this pay period -----

| Description | Amount | Pay Period |
|---|---|---|

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Gross Benefit Taxable | 0.00 | 0 | 2860.35 | 0 | 60639.42 |
| Total: | | | 2860.35 | | 60639.42 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 369.85 | 7863.93 |
| Fed MED/EE | 40.20 | 853.86 |
| Fed OASDI/EE | 171.90 | 3650.99 |
| PA Unempl EE | 1.71 | 36.38 |
| Total: | 583.66 | 12405.16 |

### BEFORE-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Premium | 4.61 | 92.20 |
| Group Accident Plan | 3.84 | 76.81 |
| Health Spending Account | 7.69 | 153.80 |
| Medical Premium | 71.48 | 1429.60 |
| Total: | 87.62 | 1752.41 |

### AFTER-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD&D Premium After-Tax | 3.00 | 60.00 |
| Spouse AD&D Premium After-Tax | 1.50 | 30.00 |
| Identity Theft Ded After Tax | 3.22 | 64.40 |
| Supplemental Life After-Tax | 5.36 | 107.19 |
| Supp Life Spouse After-Tax | 1.60 | 32.00 |
| Total: | 14.68 | 293.59 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *Taxable | | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2860.35 | 2772.73 | 583.66 | 102.30 | 2174.39 |
| YTD: | 60639.42 | 58887.01 | 12405.16 | 2046.00 | 46188.26 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

PERSONAL MESSAGE:

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # 8350438 | 2174.39 |
| Total: | 2174.39 |

| AETNA LIFE INSURANCE COMPANY | | | | |
|---|---|---|---|---|
| P. O. Box 14560 | Pay Group: | SAW_Booz_Allen_Hamilton (STD/ASC) | Claim No.: | 17579246 |
| Lexington, KY, 40512-4560, USA | Earnings Begin Date: | 08/06/2018 | Advice#: | 8345716 |
| | Earnings End Date: | 08/10/2018 | Advice Date: | 08/10/2018 |

| WILLIAM J HARGENRADER | Employee ID: | 01127994 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 9217B JAMISON AVE | EOB NO.: | 25902569 | Marital Status: | Married | Single |
| PHILADELPHIA, PA 19115 | Days Paid: | 5 | Allowances: | 2 | 0 |
| | | | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0.00 | 0.00 |

### BENEFIT INFORMATION

----- Benefits Under Your Plan -----

| | |
|---|---|
| Benefit Salary: (amount from which benefits are calculated) | 2,860.35 |
| Benefit Percentage of Earnings Under Your Plan: | 100% 2 weeks to 26 weeks |
| | 0% 0 weeks to 1 weeks |
| Benefit Amount: | $2,860.35 |
| Minimum Benefit Under Your Plan: | 00.00 |
| Maximum Benefit Under Your Plan: | *999,999.00 |

*Your payment may be subject to a maximum benefit as per your plan. Please see your plan for additional information

| | |
|---|---|
| Frequency: | WEEKLY |

### BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 2860.35 | 5 days |

### OFFSET INFORMATION

----- Offsets applied to your benefit for this pay period -----

| Description | Amount | Pay Period |
|---|---|---|

### HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Gross Benefit Taxable | 0.00 | 0 | 2860.35 | 0 | 57779.07 | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 369.85 | 7494.08 |
| Fed MED/EE | 40.21 | 813.66 |
| Fed OASDI/EE | 171.91 | 3479.09 |
| PA Unempl EE | 1.72 | 34.67 |

| | Current | YTD | | | Current | YTD |
|---|---|---|---|---|---|---|
| Total: | 2860.35 | 57779.07 | Total: | | 583.69 | 11821.50 |

### BEFORE-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Premium | 4.61 | 87.59 |
| Group Accident Plan | 3.84 | 72.97 |
| Health Spending Account | 7.69 | 146.11 |
| Medical Premium | 71.48 | 1358.12 |

### AFTER-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD&D Premium After-Tax | 3.00 | 57.00 |
| Spouse AD&D Premium After-Tax | 1.50 | 28.50 |
| Identity Theft Ded After Tax | 3.22 | 61.18 |
| Supplemental Life After-Tax | 5.36 | 101.83 |
| Supp Life Spouse After-Tax | 1.60 | 30.40 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

| | Current | YTD | | Current | YTD | | |
|---|---|---|---|---|---|---|---|
| Total: | 87.62 | 1664.79 | Total: | 14.68 | 278.91 | *Taxable | |

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 2860.35 | 2772.73 | 583.69 | 102.30 | 2174.36 |
| YTD: | 57779.07 | 56114.28 | 11821.50 | 1943.70 | 44013.87 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

PERSONAL MESSAGE:

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # 8345716 | 2174.36 |
| Total: | 2174.36 |

| AETNA LIFE INSURANCE COMPANY | | | | |
|---|---|---|---|---|
| P. O. Box 14560 | Pay Group: | SAW_Booz Allen Hamilton (STD/ASC) | Claim No.: | 17579246 |
| Lexington, KY, 40512-4560, USA | Earnings Begin Date: | 08/01/2018 | Advice#: | 8345715 |
| | Earnings End Date: | 08/03/2018 | Advice Date: | 08/10/2018 |

| WILLIAM J HARGENRADER | Employee ID: | 01127994 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 9217B JAMISON AVE | EOB NO.: | 25902565 | Marital Status: | Married | Single |
| PHILADELPHIA, PA 19115 | Days Paid: | 3 | Allowances: | 2 | 0 |
| | | | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0.00 | 0.00 |

## BENEFIT INFORMATION

----- Benefits Under Your Plan -----

| | |
|---|---|
| Benefit Salary: (amount from which benefits are calculated) | 2,860.35 |
| Benefit Percentage of Earnings Under Your Plan: | 100% 2 weeks to 26 weeks |
| | 0% 0 weeks to 1 weeks |
| Benefit Amount: | $2,860.35 |
| Minimum Benefit Under Your Plan: | 00.00 |
| Maximum Benefit Under Your Plan: | *999,999.00 |

*Your payment may be subject to a maximum benefit as per your plan. Please see your plan for additional information

| Frequency: | WEEKLY |
|---|---|

### BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 1716.21 | 3 days |

### OFFSET INFORMATION

----- Offsets applied to your benefit for this pay period -----

| Description | Amount | Pay Period |
|---|---|---|

### HOURS AND EARNINGS

| | Current | | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Gross Benefit Taxable | 0.00 | 0 | 1716.21 | 0 | 57779.07 |
| Total: | | | 1716.21 | | 57779.07 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 221.91 | 7494.08 |
| Fed MED/EE | 24.12 | 813.66 |
| Fed OASDI/EE | 103.15 | 3479.09 |
| PA Unempl EE | 1.03 | 34.67 |
| Total: | 350.21 | 11821.50 |

### BEFORE-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Premium | 2.77 | 87.59 |
| Group Accident Plan | 2.31 | 72.97 |
| Health Spending Account | 4.61 | 146.11 |
| Medical Premium | 42.89 | 1358.12 |
| Total: | 52.58 | 1664.79 |

### AFTER-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD&D Premium After-Tax | 1.80 | 57.00 |
| Spouse AD&D Premium After-Tax | 0.90 | 28.50 |
| Identity Theft Ded After Tax | 1.93 | 61.18 |
| Supplemental Life After-Tax | 3.21 | 101.83 |
| Supp Life Spouse After-Tax | 0.96 | 30.40 |
| Total: | 8.80 | 278.91 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*Taxable

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 1716.21 | 1663.63 | 350.21 | 61.38 | 1304.62 |
| YTD: | 57779.07 | 56114.28 | 11821.50 | 1943.70 | 44013.87 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

PERSONAL MESSAGE:

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # 8345715 | 1304.62 |
| Total: | 1304.62 |

| AETNA LIFE INSURANCE COMPANY | | Pay Group: | SAW- Booz Allen Hamilton (STD/ASC) | Claim No.: | 17579246 |
|---|---|---|---|---|---|
| P. O. Box 14560 | | Earnings Begin Date: | 07/30/2018 | Advice#: | 8341576 |
| Lexington, KY, 40512-4560, USA | | Earnings End Date: | 07/31/2018 | Advice Date: | 08/03/2018 |

| WILLIAM J HARGENRADER | Employee ID: | 01127994 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 9217B JAMISON AVE | EOB NO.: | 25755426 | Marital Status: | Married | Single |
| PHILADELPHIA, PA 19115 | Days Paid: | 2 | Allowances: | 2 | 0 |
| | | | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0.00 | 0.00 |

### BENEFIT INFORMATION

----- Benefits Under Your Plan -----

| | |
|---|---|
| Benefit Salary: (amount from which benefits are calculated) | 2,860.35 |
| Benefit Percentage of Earnings Under Your Plan: | 100% 2 weeks to 26 weeks |
| | 0% 0 weeks to 1 weeks |
| Benefit Amount: | $2,860.35 |
| Minimum Benefit Under Your Plan: | 00.00 |
| Maximum Benefit Under Your Plan: | *999,999.00 |

*Your payment may be subject to a maximum benefit as per your plan. Please see your plan for additional information

| Frequency: | WEEKLY |
|---|---|

### BENEFITS BEING PAID FOR THIS PAY PERIOD

| Description | Amount | Pay Period |
|---|---|---|
| Benefit Amount: | 1144.14 | 2 days |

### OFFSET INFORMATION

----- Offsets applied to your benefit for this pay period -----

| Description | Amount | Pay Period |
|---|---|---|

### HOURS AND EARNINGS

| | ----- Current ----- | | | ----- YTD ----- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Gross Benefit Taxable | 0.00 | 0 | 1144.14 | 0 | 53202.51 |
| Total: | | | 1144.14 | | 53202.51 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 147.94 | 6902.32 |
| Fed MED/EE | 16.08 | 749.33 |
| Fed OASDI/EE | 68.76 | 3204.03 |
| PA Unempl EE | 0.68 | 31.92 |
| Total: | 233.46 | 10887.60 |

### BEFORE-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental Premium | 1.84 | 80.21 |
| Group Accident Plan | 1.54 | 66.82 |
| Health Spending Account | 3.08 | 133.81 |
| Medical Premium | 28.59 | 1243.75 |
| Total: | 35.05 | 1524.59 |

### AFTER-TAX-DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AD&D Premium After-Tax | 1.20 | 52.20 |
| Spouse AD&D Premium After-Tax | 0.60 | 26.10 |
| Identity Theft Ded After Tax | 1.29 | 56.03 |
| Supplemental Life After-Tax | 2.14 | 93.26 |
| Supp Life Spouse After-Tax | 0.64 | 27.84 |
| Total: | 5.87 | 255.43 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*Taxable

| | Total Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 1144.14 | 1109.09 | 233.46 | 40.92 | 869.76 |
| YTD: | 53202.51 | 51677.92 | 10887.60 | 1780.02 | 40534.89 |

COMPANY MESSAGE: IF YOU HAVE ANY QUESTIONS CONCERNING THIS PAYMENT, PLEASE FEEL FREE TO CONTACT OUR CUSTOMER SERVICE DEPARTMENT AT (866)326-1380.

PERSONAL MESSAGE:

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice # 8341576 | 869.76 |
| Total: | 869.76 |

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Danielle Hargenrader
Case No:
Business Name: True You Solutions, LLC
For the Month & Year (1/05, etc.): January, 2019  1/19

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service  $ 4741
- (2) Other (Specify)  $
- (3) Other (Specify)  $
- (4) Total Actual Income (1+2+3)  $ 4741

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease  $
- (6) Utilities (Electricity, Gas, Water&Sewer)  $
- (7) Telephone  $
- (8) Insurance  $
- (9) Wages for Employees  $
- (10) Wages for Self/Owner(s)  $ 0
- (11) Taxes  $ 1185
- (12) Gas and Fuel for Business Vehicles  $
- (13) Other (Specify) Advertising  $ 299
- (14) Other (Specify) Operations  $ 1933
- (15) Other (Specify) Office Expense  $ 466
- (16) Total Actual Business Expenses Paid  $ 3833
  (sum of 5 through 16)

- (17) Net Business Income/Loss (line 4-Line 16)  $ 858
- (18) Net Wages From Regular Employment-Del  $
- (19) Net Wages From Regular Employment-Sp  $
- (20) Amount Carried Over From Last Month  $
- (21) Total Net Monthly Income (sum of 17 thr  $

**PERSONAL**
- (22) Rent/Mortgage  $
- (23) Utilities (gas, electric, water, sewer, fuel)  $
- (24) Telephone  $
- (25) Food  $
- (26) Transportation (fuel, tolls, parking)  $
- (27) Other (specify)  $
- (28) Other (specify)  $
- (29) Other (specify)  $
- (30) Other (specify)  $
- (31) Other (specify)  $
- (32) Total Actual Personal Expenses Paid (2  $

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32)  $
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT  $
- (35) Net Excess Income (line 33 - line 34)  $
  carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Daniele Hargenrader
Case No: _____
Business Name: True You Solutions, LLC
For the Month & Year (1/05, etc.): 7/18 - 12/18        6 month summary

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service     $ 14,248
(2) Other (Specify)                         $
(3) Other (Specify)                         $
(4) Total Actual Income (1+2+3)             $ 14,248

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease                              $
(6) Utilities (Electricity, Gas, Water&Sewer) $
(7) Telephone                               $
(8) Insurance                               $
(9) Wages for Employees                     $
(10) Wages for Self/Owner(s)                $ 9,250
(11) Taxes                                  $ 3,562
(12) Gas and Fuel for Business Vehicles     $
(13) Other (Specify) Advertising            $ 1,080
(14) Other (Specify) Operations             $ 2,526
(15) Other (Specify) Office Expense         $ 5,120
(16) Total Actual Business Expenses Paid O: $ 21,538
     (sum of 5 through 15)

(17) Net Business Income/Loss (line 4-Line 16) $ -7,290
(18) Net Wages From Regular Employment-Deb $
(19) Net Wages From Regular Employment-Sp $
(20) Amount Carried Over From Last Month   $
(21) Total Net Monthly Income (sum of 17 thr $

**PERSONAL**
(22) Rent/Mortgage                          $
(23) Utilities (gas, electric, water, sewer, fuel) $
(24) Telephone                              $
(25) Food                                   $
(26) Transportation (fuel, tolls, parking)  $
(27) Other (specify)                        $
(28) Other (specify)                        $
(29) Other (specify)                        $
(30) Other (specify)                        $
(31) Other (specify)                        $
(32) Total Actual Personal Expenses Paid (22 $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $
(34) MONTHLY CHAPTER 13 PLAN PAYMENTS $
(35) Net Excess Income (line 33 - line 34)  $
     carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

**Debtor Name:** Daniele Hargenrader
**Case No.:**
**Business Name:** True You Solutions, LLC
**For the Month & Year (1/05, etc.):** 12/18

### BUSINESS INCOME:
(1) Actual Income from Sales & Service $ 1,559
(2) Other (Specify) $
(3) Other (Specify) $
(4) Total Actual Income (1+2+3) $ 1,559

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease $
(6) Utilities (Electricity, Gas, Water&Sewer) $
(7) Telephone $
(8) Insurance $
(9) Wages for Employees $
(10) Wages for Self/Owner(s) $ 1,000
(11) Taxes $ 390
(12) Gas and Fuel for Business Vehicles $
(13) Other (Specify) Advertising $ 175
(14) Other (Specify) Operations $ 288
(15) Other (Specify) Office Expense $ 325
(16) Total Actual Business Expenses Paid O $ 2,178
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ -619
(18) Net Wages From Regular Employment-Deb $
(19) Net Wages From Regular Employment-Spc $
(20) Amount Carried Over From Last Month $
(21) Total Net Monthly Income (sum of 17 thr $

### PERSONAL
(22) Rent/Mortgage $
(23) Utilities (gas, electric, water, sewer, fuel) $
(24) Telephone $
(25) Food $
(26) Transportation (fuel, tolls, parking) $
(27) Other (specify) $
(28) Other (specify) $
(29) Other (specify) $
(30) Other (specify) $
(31) Other (specify) $
(32) Total Actual Personal Expenses Paid (2: $

### NET INCOME (LOSS)
(33) Gross Excess Income (line 21 - line 32) $
(34) MONTHLY CHAPTER 13 PLAN PAYMENTS $
(35) Net Excess Income (line 33 - line 34) $
carry amount on line 35 to next month line 20)

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Daniele Hargenrader
Case No:
Business Name: True You Solutions LLC
For the Month & Year (1/05, etc.): 11/18

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service $ 3,403
- (2) Other (Specify) $
- (3) Other (Specify) $
- (4) Total Actual Income (1+2+3) $ 3,403

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease $
- (6) Utilities (Electricity, Gas, Water&Sewer) $
- (7) Telephone $
- (8) Insurance $
- (9) Wages for Employees $
- (10) Wages for Self/Owner(s) $ 800
- (11) Taxes $ 851
- (12) Gas and Fuel for Business Vehicles $
- (13) Other (Specify) Advertising $ 150
- (14) Other (Specify) Operations $ 478
- (15) Other (Specify) Office Expense $ 738
- (16) Total Actual Business Expenses Paid Or $
  (sum of 5 through 16)

- (17) Net Business Income/Loss (line 4-Line 16) $ 386
- (18) Net Wages From Regular Employment-Deb $
- (19) Net Wages From Regular Employment-Spc $
- (20) Amount Carried Over From Last Month $
- (21) Total Net Monthly Income (sum of 17 thr $

**PERSONAL**
- (22) Rent/Mortgage $
- (23) Utilities (gas, electric, water, sewer, fuel) $
- (24) Telephone $
- (25) Food $
- (26) Transportation (fuel, tolls, parking) $
- (27) Other (specify) $
- (28) Other (specify) $
- (29) Other (specify) $
- (30) Other (specify) $
- (31) Other (specify) $
- (32) Total Actual Personal Expenses Paid (23 $

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32) $
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT $
- (35) Net Excess Income (line 33 - line 34) $
  carry amount on line 35 to next month line 20

*EXHIBIT D*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Daniele Hargenrader
Case No.: _____
Business Name: True You Solutions, LLC
For the Month & Year (1/00, etc.): 10/18

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service $ 3,318
(2) Other (Specify) $
(3) Other (Specify) $
(4) Total Actual Income (1+2+3) $ 3,318

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease $
(6) Utilities (Electricity, Gas, Water&Sewer) $
(7) Telephone $
(8) Insurance $
(9) Wages for Employees $
(10) Wages for Self/Owner(s) $ 0
(11) Taxes $ 330
(12) Gas and Fuel for Business Vehicles $
(13) Other (Specify) Advertising $ 250
(14) Other (Specify) Operations $ 467
(15) Other (Specify) Office Expense $ 821
(16) Total Actual Business Expenses Paid Or $ 2,368
    (sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ 951
(18) Net Wages From Regular Employment-Del $
(19) Net Wages From Regular Employment-Sp $
(20) Amount Carried Over From Last Month $
(21) Total Net Monthly Income (sum of 17 thr $

**PERSONAL**
(22) Rent/Mortgage $
(23) Utilities (gas, electric, water, sewer, fuel) $
(24) Telephone $
(25) Food $
(26) Transportation (fuel, tolls, parking) $
(27) Other (specify) $
(28) Other (specify) $
(29) Other (specify) $
(30) Other (specify) $
(31) Other (specify) $
(32) Total Actual Personal Expenses Paid (2: $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $
(34) MONTHLY CHAPTER 13 PLAN PAYMENTS $
(35) Net Excess Income (line 33 - line 34) $
     carry amount on line 35 to next month line 20

*EXHIBIT D*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Daniele Hargenrader
Case No: _____
Business Name: True You Solutions, LLC
For the Month & Year (1/05, etc.): 9/18

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service $ 1,128
(2) Other (Specify) $
(3) Other (Specify) $
(4) Total Actual Income (1+2+3) $ 1,128

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease $
(6) Utilities (Electricity, Gas, Water&Sewer) $
(7) Telephone $
(8) Insurance $
(9) Wages for Employees $ ~~~~
(10) Wages for Self/Owner(s) $ 3,100
(11) Taxes $ 292
(12) Gas and Fuel for Business Vehicles $
(13) Other (Specify) Advertising $ 180
(14) Other (Specify) Operations $ 400
(15) Other (Specify) office Expense $ 690
(16) Total Actual Business Expenses Paid Or $ 4,652
(sum of 5 through 15)

(17) Net Business Income/Loss (line 4-Line 16) $ -3,524
(18) Net Wages From Regular Employment-Deb $
(19) Net Wages From Regular Employment-Sp $
(20) Amount Carried Over From Last Month $
(21) Total Net Monthly Income (sum of 17 thr $

**PERSONAL**
(22) Rent/Mortgage $
(23) Utilities (gas, electric, water, sewer, fuel) $
(24) Telephone $
(25) Food $
(26) Transportation (fuel, tolls, parking) $
(27) Other (specify) $
(28) Other (specify) $
(29) Other (specify) $
(30) Other (specify) $
(31) Other (specify) $
(32) Total Actual Personal Expenses Paid (21 $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $
(35) Net Excess Income (line 33 - line 34) $
carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Daniele Hargenrader
Case No.: _____
Business Name: True You Solutions, LLC
For the Month & Year (1/08, etc.): 8/18

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service    $ 3,711
- (2) Other (Specify)    $ _____
- (3) Other (Specify)    $ _____
- (4) Total Actual Income (1+2+3)    $ 3,711

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease    $ _____
- (6) Utilities (Electricity, Gas, Water/Sewer)    $ _____
- (7) Telephone    $ _____
- (8) Insurance    $ _____
- (9) Wages for Employees    $ _____
- (10) Wages for Self/Owner(s)    $ 1,000
- (11) Taxes    $ 928
- (12) Gas and Fuel for Business Vehicles    $ _____
- (13) Other (Specify) Advertising    $ 150
- (14) Other (Specify) Operations    $ 500
- (15) Other (Specify) Office Expense    $ 2,071
- (16) Total Actual Business Expenses Paid Out $ 4,649
  (sum of 5 through 15)

- (17) Net Business Income/Loss (line 4 - Line 16) $ -938
- (18) Net Wages From Regular Employment-Debtor $ _____
- (19) Net Wages From Regular Employment-Spouse $ _____
- (20) Amount Carried Over From Last Month    $ _____
- (21) Total Net Monthly Income (sum of 17 thru 20) $ _____

**PERSONAL**
- (22) Rent/Mortgage    $ _____
- (23) Utilities (gas, electric, water, sewer, fuel)    $ _____
- (24) Telephone    $ _____
- (25) Food    $ _____
- (26) Transportation (fuel, tolls, parking)    $ _____
- (27) Other (specify)    $ _____
- (28) Other (specify)    $ _____
- (29) Other (specify)    $ _____
- (30) Other (specify)    $ _____
- (31) Other (specify)    $ _____
- (32) Total Actual Personal Expenses Paid (23-31) $ _____

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32) $ _____
- (34) MONTHLY CHAPTER 13 PLAN PAYMENTS _____
- (35) Net Excess Income (line 33 - line 34) $ _____
  carry amount on line 35 to next month line 20

**EXHIBIT D**