## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

William Hargenrader
Daniele Hargenrader

Case No. 19-10760

Debtor(s)  :  Chapter 13

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on February 21, 2019, I served this **Notice of Continued 341 Hearing** in the instant matter to **April 1, 2019 at 10:00am** on all interested parties and the following parties by electronic means and/or regular US Mail at the following addresses:

**Office of the US Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Very Truly Yours,

February 21, 2019

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire